IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE HERREN,

       Plaintiff,                              No. CIV S-06-2695 GEB EFB PS

     vs.

ST. PAUL TRAVELERS INSURANCE
COMPANY, et al.,                      FINDINGS AND RECOMMENDATIONS

       Defendants.
                            /

       This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On June 4, 2007, the court denied plaintiff's application to proceed *in forma pauperis* and dismissed his complaint with leave to amend. That order explained the deficiencies in the original complaint, and gave plaintiff 30 days to file a completed *in forma pauperis* application and an amended complaint correcting the deficiencies noted in the order. The June 4, 2007, order warned plaintiff that failure to timely file an application to proceed *in forma pauperis* or an amended complaint would result in a recommendation that this action be dismissed.

       The 30-day period has expired and plaintiff has not filed a completed *in forma pauperis* application, an amended complaint or otherwise responded to the order.

////

1

1     Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R.
2 Civ. P. 41(b); Local Rule 11-110.
3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after
5 being served with these findings and recommendations, plaintiff may file written objections with
6 the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Failure to file objections within the specified time may waive the right to
8 appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
9 *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: July 26, 2007.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE