IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE HERREN,

     Plaintiff,                         2:06-cv-2695-GEB-EFB-PS

     vs.

ST. PAUL TRAVELERS INSURANCE COMPANY, et al.,

     Defendants.                  <u>ORDER</u>

        On July 27, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1
2       Accordingly, IT IS ORDERED that:
3       1. The proposed Findings and Recommendations filed July 27 ,2007, are
4  ADOPTED; and
5       2. This action is dismissed.  See Fed. R. Civ. P. 41(b); Local Rule 11-110.
6  Dated:  August 30, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2